No. 73–426. DANFORTH, ATTORNEY GENERAL OF MISSOURI *v.* RODGERS ET AL. Affirmed on appeal from D. C. W. D. Mo.

No. 73–382. PORTLAND PIPE LINE CORP. *v.* ENVIRONMENTAL IMPROVEMENT COMMISSION ET AL.; and

No. 73–383. AMERICAN OIL CO. ET AL. *v.* ENVIRONMENTAL IMPROVEMENT COMMISSION ET AL. Appeals from Sup. Jud. Ct. Me. dismissed for want of substantial federal question. MR. JUSTICE STEWART would dismiss appeals for want of properly presented federal question. MR. JUSTICE POWELL took no part in the consideration or decision of these appeals. Reported below: 307 A. 2d 1.

No. 73–404. DEPENDENT SCHOOL DISTRICT No. D–20 OF CADDO COUNTY ET AL. *v.* PARKER, COUNTY SUPERINTENDENT OF SCHOOLS. Appeal from Sup. Ct. Okla. dismissed for want of substantial federal question.

No. 73–5391. WOOD *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 73–5314. MITCHELL *v.* WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist. Motion of California Applicant's Attorneys Assn. for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of a properly presented federal question.